Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 15 AM 10:
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIF
BY _____ KNH DEP

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 2533**

The person charged as **Gary Alexander Wilson** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **Eastern** District of **Michigan** with **Bank Fraud Conspiracy and Forfeiture**, in violation of **Title 18 U.S.C. section 1349, Title 18 U.S.C. section 981 and Title 28 U.S.C. 2461(c)**.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 8/15/08

_Max Regula_
SA Max Regula
(Name)
~~Deputy United States Marshal~~
Special Agent, FBI

Reviewed and Approved:

Dated: 8/15/08

_Aimee M. Becker_
Assistant United States Attorney

SMB
8/15/08

# UNITED STATES DISTRICT COURT
*Eastern District of Michigan, Southern Division*

AUSA ABRAHAM
FBI/SA McDONALD

UNITED STATES OF AMERICA

v.

D-4  GREGORY WILSON

**WARRANT FOR ARREST**

Case No.

**08-20419**

TO: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **GREGORY WILSON** and bring him or her forthwith to the nearest magistrate to answer an

_x_ Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with bank fraud conspiracy in violation of Title 18, United States Code, Section 1349.

DAVID J. WEAVER
Name of Issuing Officer

PEGGY S. MILLER
Signature

COURT CLERK
Title of Issuing Officer

August 6, 2008, at Flint, Michigan
Date and Location

Bail fixed at $_____  by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

08/14/08 13:14 FAX 8107665427   US ATTORNEYS OFC FLINT                    ☒002   SMB
Case 3:08-mj-02533-RBB   Document 1   Filed 08/15/2008   Page 3 of 9
Case 4:08-cr-20419-SFC-MJH   Document 1   Filed 08/06/2008   Page 1 of 7

wd 2-8

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2008 AUG -6 P 12: 16

FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO. 08-20419

HON. SEAN F. COX
United States District Judge

HON. MICHAEL HLUCHANIUK
United States Magistrate-Judge

D-1  DONALD DOVER,
D-2  RUBY OWENS,
D-3  RICHARD TOWNSEND,
D-4  GREGORY WILSON,
D-5  WILLIAM JACKSON, JR.
D-6  ANTHONY CABRERA,
D-7  BASIL DENNIS, and
D-8  LINDA BANKS,

    Defendants.
_____/

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
18 U.S.C. §1349; Bank Fraud Conspiracy

    D-1  DONALD DOVER
    D-2  RUBY OWENS
    D-3  RICHARD TOWNSEND
    D-4  GREGORY WILSON
    D-5  WILLIAM JACKSON, JR.
    D-6  ANTHONY CABRERA
    D-7  BASIL DENNIS
    D-8  LINDA BANKS

Beginning on or about February 9, 2005 and continuing until on or about February 7, 2007, in the Eastern District of Michigan and elsewhere, DONALD DOVER, RUBY OWENS, RICHARD TOWNSEND, GREGORY WILSON, WILLIAM JACKSON, JR., ANTHONY CABRERA, BASIL DENNIS, and LINDA BANKS, knowingly conspired with each other and with other persons to

R1

execute a scheme to defraud financial institutions and to obtain money by false and fraudulent pretenses and representations, that was owned by or under the custody and control of financial institutions with deposits insured by the Federal Deposit Insurance Corporation by means of false and fraudulent representations and pretenses, in violation of Title 18, United States Code, Sections 1349 and 1344.

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others were committed in the Eastern District of Michigan:

1. On February 9, 2005, Richard Townsend signed closing documents on behalf of Power of Ability Holdings, Inc., to purchase 2629 Lakewood Court, Flint, Michigan.

2. On February 9, 2005, James Dover III obtained a loan from Washington Mutual Bank to purchase 2629 Lakewood Court, Flint, Michigan.

3. On February 15, 2005, James Dover III signed a loan agreement for a home equity line of credit for the property at 2629 Lakewood Court, Flint, Michigan from Fifth Third Bank.

4. On February 18, 2005, a warranty deed was executed by Richard Townsend on behalf of Jaru Management, transferring 3134 Rivershyre Parkway, Davison, Michigan to Basil Dennis.

5. On February 18, 2005, Basil Dennis obtained a mortgage loan from Washington Mutual Bank for the property at 3134 Rivershyre Parkway, Davison, Michigan.

6. On February 23, 2005, Basil Dennis obtained a mortgage loan from Fifth Third Bank for the property at 3134 Rivershyre Parkway, Davison, Michigan.

7. On April 14, 2006, Linda Banks obtained a mortgage loan from JPMorgan Chase Bank for the property at 3134 Rivershyre Parkway, Davison, Michigan.

08/14/08 12:15 FAX 8107865427   US ATTORNEYS OFC FLINT   ☒004
Case 3:08-mj-02533-RBB   Document 1   Filed 08/15/2008   Page 5 of 9   SmB 8/15/08
Case 4:08-cr-20419-SEC-MJH   Document 1   Filed 08/06/2008   Page 3 of 7

8. On May 4, 2006, Linda Banks obtained a mortgage loan from JPMorgan Chase Bank for the property at 3134 Rivershyre Parkway, Davison, Michigan.

9. On October 20, 2005, Ruby Owens executed a warranty deed on behalf of Power of Ability Holdings, Inc. transferring 9415 Highland Court, Davison, Michigan to Anthony Cabrera.

10. On October 20, 2005, Anthony Cabrera obtained a mortgage loan and a home equity line of credit from Fifth Third Bank for the property at 9415 Highland Court, Davison, Michigan.

11. On January 18, 2006 a purchase agreement was executed between Daniel C. Johns as seller and Donald Dover, President, POA Holdings, as buyer for the property at 1888 Tahquamenon Court, Bloomfield Hills, Michigan.

All in violation of Title 18, United States Code, Sections 1349 and 1344.

## COUNT TWO
18 U.S.C. §1344; Bank Fraud

D-1   DONALD DOVER
D-5   WILLIAM JACKSON, JR.

Beginning on or about January 18, 2006 and continuing until on or about August 23, 2006, in the Eastern District of Michigan, and elsewhere, DONALD DOVER and WILLIAM JACKSON, JR. knowingly executed a scheme to defraud and to obtain money by false and fraudulent pretenses and representations, that was owned by or under the custody and control of JPMorgan Chase Bank, a financial institution with deposits insured by the Federal Deposit Insurance Corporation, in that defendants, knowingly and with intent to defraud, caused to be executed loan documents for the property located at 1888 Tahquamenon Court, Bloomfield Hills, Michigan, which contained false information; all in violation of Title 18 U.S.C. Section 1344.

08/14/08 13:15 FAX 8107865427   US ATTORNEYS OFC FLINT   ☒005
Case 3:08-mj-02533-RBB   Document 1   Filed 08/15/2008   Page 6 of 9
Case 4:08-cr-20419-SFC-MJH   Document 1   Filed 08/06/2008   Page 4 of 7

## COUNT THREE
18 U.S.C. §1344; Bank Fraud

    D-1    DONALD DOVER
    D-5    WILLIAM JACKSON, JR.

Beginning about sometime in September 2006 and continuing until on or about October 11, 2006, in the Eastern District of Michigan, and elsewhere, DONALD DOVER and WILLIAM JACKSON, JR. knowingly executed a scheme to defraud and to obtain money by false and fraudulent pretenses and representations, that was owned by or under the custody and control of Banco Popular, doing business as E-Loan, Inc., a financial institution with deposits insured by the Federal Deposit Insurance Corporation, in that defendants, knowingly and with intent to defraud, caused to be executed loan documents for the property located at 1888 Tahquamenon Court, Bloomfield Hills, Michigan, which contained false information; all in violation of Title 18 U.S.C. Section 1344.

## COUNT FOUR
18 U.S.C. §1344; Bank Fraud

    D-1    DONALD DOVER
    D-2    RUBY OWENS
    D-6    ANTHONY CABRERA

Beginning on or about October 13, 2005 and continuing until on or about October 20, 2005, in the Eastern District of Michigan, and elsewhere, DONALD DOVER, RUBY OWENS and ANTHONY CABRERA knowingly executed a scheme to defraud and to obtain money by false and fraudulent pretenses and representations, that was owned by or under the custody and control of Fifth Third Bank, a financial institution with deposits insured by the Federal Deposit Insurance Corporation, in that defendants, knowingly and with intent to defraud, caused to be executed loan documents for the property located at 9415 Highland Court, Davison, Michigan, which contained false information; all in violation of Title 18 U.S.C. Section 1344.

08/14/08 13:15 FAX 8107865427    US ATTORNEYS OFC FLINT                    ☒006
Case 3:08-mj-02533-RBB    Document 1    Filed 08/15/2008    Page 7 of 9    SMB
Case 4:08-cr-20419-SFC-MJH    Document 1    Filed 08/06/2008    Page 5 of 7    8/15/08

## COUNT FIVE
18 U.S.C. §981(a)(1)(C) & 28 U.S.C. §2461(c); Forfeiture

| | |
|---|---|
| D-1 | DONALD DOVER |
| D-2 | RUBY OWENS |
| D-3 | RICHARD TOWNSEND |
| D-4 | GREGORY WILSON |
| D-5 | WILLIAM JACKSON, JR. |
| D-6 | ANTHONY CABRERA |
| D-7 | BASIL DENNIS |
| D-8 | LINDA BANKS |

1. Upon conviction of the offense alleged in Counts One through Four of this Indictment, DONALD DOVER, RUBY OWENS, RICHARD TOWNSEND, GREGORY WILSON, WILLIAM JACKSON, JR., ANTHONY CABRERA, BASIL DENNIS, and LINDA BANKS, jointly and severally, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real and personal, which constitutes or is derived from proceeds traceable to a violation of ... any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of title 18), or a conspiracy to commit such offense. Title 18, United States Code, §1956(c)(7)(A) incorporates violations of law enumerated in Title 18, United States Code, §1961(1).

2. If any of the property described in paragraph 1 hereof as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C) and/or 18 U.S.C. § 982(a), as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred to, sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of this Court;

08/14/08 13:16 FAX 8107665427 US ATTORNEYS OFC FLINT ☒007

Case 3:08-mj-02533-RBB    Document 1    Filed 08/15/2008    Page 8 of 9
Case 4:08-cr-20419-SFC-MJH    Document 1    Filed 08/06/2008    Page 6 of 7

SmB
8/15/08

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of the defendants up to the value of the forfeitable property described in paragraph 1.

All pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

s/ GRAND JURY FOREPERSON

Dated: August 6, 2008

STEPHEN J. MURPHY
United States Attorney

s/NANCY A. ABRAHAM
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, MI 48502
Telephone: (810) 766-5034
Fax: (810) 766-5427
Email: nancy.abraham@usdoj.gov
P42060

s/BARBARA COLBY TANASE
Assistant United States Attorney-in-Charge
Bay City Branch Office

08/14/08  13:16 FAX 8107665427    US ATTORNEYS OFC FLINT    ⌀008   SMB 8/15/08
Case 3:08-mj-02533-RBB   Document 1   Filed 08/15/2008   Page 9 of 9
Case 4:08-cr-20419-SFC-MJH   Document 1   Filed 08/06/2008   Page 7 of 7

# Criminal Case Cover Sheet

**Case Number:** 08-20419

United States District Court
Eastern District of Michigan

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

U.S. DIST COURT CLERK
EAST DIST. MICH
FLINT

FILED

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)':

☐ Yes   ☐ No

Companion Case Number:
Judge Assigned:
AUSA's Initials: naa

Case Title: UNITED STATES OF AMERICA v. DONALD DOVER

County where offense occurred: Genesee

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

☒ Indictment ✓ /Information ___ no prior complaint.
☐ Indictment ___ /Information ___ based upon prior complaint [Case number: _____]
☐ Indictment ___ /Information ___ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                        **Charges**


August 6, 2008
Date

_signature_
NANCY A. ABRAHAM (P42060)
Assistant United States Attorney

(810) 766-5034
Telephone Number

' Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99