# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   Gregory Alexander Wilson   [1]   08mj2533

[]   []

The Honorable:   Ruben B. Brooks

Atty   Greg Murphy/Jennifer Coon   for   [1]   -   PDA

Atty _____   for   []   -

Atty _____   for   []   -

Tape No. RBB08-1:1133-1138, 1143-1144   6 min

Warrant of Removal submitted. Deft ordered removed to Eastern District of Michigan. If counsel is able to put together a bail package, defendant can be released and travel to Eastern District of Michigan on his own. If deft has not been removed by 9/2/08 and counsel has a bail proposal, matter can be put back on calendar.

Date:   08/28/08

END OF FORM                                             by   VTL